UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 17-60112-CR-MARRA

**UNITED STATES OF AMERICA**

**v.**

**CHRISTOPHER BRINSON,**

        **Defendant.**

_____/

## GOVERNMENT'S WITNESS LIST

The United States of America, by and through the undersigned Assistant United States Attorney, respectfully submits the following witnesses that it may call at trial:

1) Elizabeth Richards, Bureau of Alcohol, Tobacco, Firearms and Explosives
2) Cesar Morales, Broward County Sheriff's Office
3) Eric Girado, Broward County Sheriff's Office
4) Richard Huston, Broward County Sheriff's Office
5) Quintin Matthews, Fort Lauderdale Police Department
6) Stephen Boyce, Federal Bureau of Investigations
7) Brian Kendall, Federal Bureau of Investigations
8) Ryan Stranahan, Federal Bureau of Investigations
9) Stephen Barborini, Palm Beach County Sheriff's Office

The United States requests leave to add witnesses as may be needed during trial.

            Respectfully submitted,

            BENJAMIN G. GREENBERG
            UNITED STATES ATTORNEY

By:  s/ Anita G. White
      ANITA G. WHITE
      Assistant United States Attorney
      Florida Bar No. 537861
      500 East Broward Blvd, Suite 700
      Fort Lauderdale, Florida 33394
      Tel: (954) 660-5946
      Email: anita.white@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on January 12, 2018.

*/s/Anita G. White*
Assistant United States Attorney