| | | |
|---|---|---|
| **Service** | Facebook | |
| **Target** | 100014878934218 | |
| **Generated** | 2017-05-02 21:38:25 UTC | |
| **Date Range** | 2017-01-12 00:00:00 UTC to 2017-04-18 23:59:59 UTC | |
| **NCMEC Cybertips** | | |
| **Name** | **First** | Darion |
| | **Middle** | |
| | **Last** | Mccloud |
| **Registered Email Addresses** | | |
| **Vanity Name** | darion.mccloud.71 | |
| **Registration Date** | 2017-01-12 21:25:28 UTC | |
| **Registration Ip** | 2602:30a:2e94:bb70:20cc:4371:26c7:63cf | |
| **Account Closure Date** | **Account Still Active** | false |
| | **Time** | 2017-05-02 13:10:52 UTC |
| | **Reason** | deactivated |
| **Address** | **Street** | |
| | **City** | |
| | **State** | |
| | **Zip** | |
| | **Country** | |
| **Current City** | | |
| **Phone Numbers** | +███████ | Cell Verified on 2017-01-12 21:33:39 UTC |
| | +███████ | Other Unverified |
| **Credit Cards** | | |
| **Ip Addresses** | **IP Address** | 2607:fb90:91bc:302d:39a2:41c6:2ad1:8cde |
| | **Time** | 2017-04-18 14:13:15 UTC |
| | **Action** | Session updated |
| | **IP Address** | 2607:fb90:91bc:302d:39a2:41c6:2ad1:8cde |
| | **Time** | 2017-04-18 12:19:36 UTC |