**Image**



**Photo Id:** 183645705474726
**Id** 183645705474726
**Title** LASTNIGHT
**Photo** http://scontent.xx.fbcdn.net/v/t1.0-9/17425932_183645705474726_3078577356990571237_n.jpg?oh=f4db2fed5795d262825a30b41553558d&oe=59582692
**Link** http://www.facebook.com/photo.php?fbid=183645705474726&set=a.120318161807481.1073741827.100014878934218&type=3
**Upload Ip** 2607:fb90:91a0:9aae:a383:f2ec:5771:d626
**Album Name** Mobile Uploads
**Uploaded** 2017-03-20 13:24:26 UTC
**Tags**
**Comments**  **User** Keke No Pressure Oneal (100013037088387)
 **Text** Get it dee
 **Time** 2017-03-21 01:59:16 UTC