# EXHIBIT A

Stephen J. Barborini

Firearms Expert testimony

Delray Beach Police Officer -  1977 to 1985
Patrolmen, Detective, Crime Scene, Patrol Sergeant, Rifle Team.

U.S. Marshal's Service -  1985 to 1987
Deputy U.S. Marshal

Bureau of Alcohol, Tobacco, Firearms & Explosives - (ATF) 1987 to 2011.
Special Agent, Resident Agent in Charge.

Palm Beach County Sheriff's Office – 2012 to present.
Detective – Firearms Investigative Unit/Violent Crimes Division

ATF contract since 2013 to instruct firearms trafficking and firearms technology to ATF
Agents at the ATF National Academy and elsewhere.

### Firearms Related Training

1987 - ATF Academy at FLETC (8weeks) received hands on instruction in firearms
history, operation, identification, manufacture and conversion of firearms.

1988 -  Sturm Ruger Armorer's School – Ft. Lauderdale, Florida.
Identification, manufacture, function and repair of Ruger firearms.

1990 – Advanced Agent Training at FLETC. Included courses on firearms manufacture,
identification and conversion.

1991 – Firearms Instructor School at FLETC. Two week course to train and certify
firearm instructors.

1991, 1992, 1993 called to instruct the firearms portion of Advanced Agent Training.

1995 – ATF Complex Investigation School at FLETC.

1996/1997 – Florida Gun Show Task Force – Headed task force involved in
investigating gun shows through out Florida. Attended approximately 50 gun shows in
that period. Inspected thousand of firearms and rounds of ammunition. Made
undercover purchases of firearms and ammunition.

1997 – Remington Firearms Shotgun Armorers Course, Vero Beach, Florida.

1999 to 2011, 2015 – Created Basic & Advanced Training for ATF on the subjects of Internet Firearms Investigations, Gun Shows, Firearms Trafficking and Imported Firearms Investigations.
Currently have a 5 year contract to instruct for ATF

2014/2015/2016 – Assisted with the re-write of the Firearms Trafficking class for new ATF Agents at the ATF Academy.

2004 – Ammunition factory tour of PMC/Eldorado ammunition in Boulder, Nevada

1999 to present – Instruct new ATF Special Agents at the ATF National Academy for the Firearms Technology/ Firearms Identification block of instruction. This block of instruction includes the history, manufacture, identification, function and markings of firearms and the identification, construction and markings of ammunition and their components.

2001 to present – Teach firearms trafficking methods to ATF Special Agents along with other state local federal law enforcement officers.

2003 to 2011 – Instructed at the International Firearms Trafficking School which was hosted by the Canadian National Weapons Enforcement Support Team in Canada.

2005 to 2011 – Instructed international police forces on firearms identification and international firearms trafficking at ILEA in Budapest, Hungary, San Salvador, El Salvador and Botswana

2000 to present – I have created courses for ATF to include: Gun Show Investigations, Internet Firearms Trafficking and Imported Firearms Investigations.
I also have been called to restructure firearms training at the ATF Academy and for ATF Firearms Trafficking/Complex Case schools.

2012 – Created Firearms ID and Protocol course and a Firearms NCIC course for the Palm Beach County Sheriff's Office.

2014/15 – assisted in the re-write of the ATF Firearms Trafficking Class which is taught to new ATF Agents at the ATF National Academy.

Factory Tours

2000 – Factory tours of the following firearm manufacturers: Smith & Wesson, Colt, Ruger, Savage Mossberg, Marlin and Harrington & Richardson. Shown firearms manufacturing from raw material through machining, assembly, marking, proofing and test firing.

2002, 2010 -  Factory tours of the following firearm manufacturers: Taurus in Miami, Florida, Kel Tec in Cocoa, Florida.  2002 European American Armory (EAA) an importer in Sharpes, Florida. EAA also maintains a reference collection of firearms both past and current offerings which I was shown.
2014 – Kel-Tec, Diamondback Firearms, Knights Armament
2015 – Kel-Tec, Taurus, SCCY, Knights Armament.

2002 – European factory tour of the following firearms manufacturers: FEG in Hungary, Ceska Zbrojovka (CZ) in the Czech Republic,  Glock in Austria, Walther in Germany, Heckler and Koch (H&K) in Germany, J.P. Sauer and Sohn (also produces Sig Sauer) in Germany and Fabrique National (FN) in Liege, Belgium.  Shown manufacturing methods to include machining, casting, polymer injection, assembly, markings and shipping. Each factory also had a reference collection of past and present firearms that have been manufactured by each factory.

2003 – Ammunition factory tours of the following ammunition and ammunition component manufacturers: Remington, Winchester, Fiocchi, Starline and Sierra. These tours included: methods of making ammunition components from raw material through final product, loading of the complete ammunition cartridge, head stamping, markings, labeling, trademarks, shipping, date shift codes and history.

2011 – Glock Armorers Course

2011 – Sig Sauer Armorers Course

2011, 2012,2014, 2015  – Knights Armament Corporation and the Institute of Military Technology (IMT) in Titusville, Florida. KAC is a licensed manufacturer of firearms including machine guns and silencers. Shown manufacturing methods of machine guns and silencers. KAC also houses IMT and maintains a firearms reference collection of firearms to include machine guns and is considered to house the most complete collection of Armalite/Stoner and M-16 type machine guns in the world.

2012 – Institute of Military Technology – History of the development of the AR10/M16 Rifle

## Proof Houses

Beschussamt Ulm (Ulm proof house) – Ulm, Germany. Toured the Ulm proof house, the largest proof house in Germany. Ulm proof house not only proofs firearms but also proofs ammunition and industrial products (eg bulletproof glass and armored vehicles). Shown the actual proof test of a firearm to include the application of proof marks. Toured through ammunition section and shown how ammunition is proof tested to CIP standards.

Kiel Proof House, Eckernforde, Germany – Toured Kiel proof house located inside of J.P. Sauer and Sohn. Shown how the Kiel proof house tests and marks firearms.

Liege Proof House, Liege, Belgium – Toured Liege proof house which also proofs ammunition in addition to firearms. Shown the actual proof test of a firearm to include the application of proof marks. Also shown how a firearm is deactivated to European standards. Toured the ammunition section and shown how ammunition is proof tested. Also inspected the Liege Proof House ammunition reference collection consisting of over 500 rounds of different ammunition from throughout the world.

## Personal Firearm Experience

I have been involved in firearms and ammunition collecting as a hobby since the 1970's. I maintain an ammunition collection for job study. I have and still receive firearms related periodicals since 1968. I maintain and am constantly adding to a firearms and ammunition reference library. I have attended gun shows since 1973 and did attend over 50 gun shows in 1996 and 1997 as part of the Gun Show Task Force where I inspected thousands of firearms and rounds of ammunition. In 2008 I formed the Palm Beach County Gun Show Task Force. I maintain contact with various firearm manufacturers and dealers in order to stay current with new firearms being produced. I also have toured firearms related museums to include: the Navy Seal Museum, Ft. Pierce, Florida, The Cody Firearms Museum, Cody, Wyoming, the NRA Museum, Washington D.C., the Springfield Armory, Springfield, Massachusetts and the Wehrtechnische Studiensammlung (The Collection of Military Equipment) in Koblenz, Germany and the U.S. Army West Point Firearms Museum in West Point, New York.

I have attended the largest firearms and ammunition related trade show in the U.S. in 2003, 2004, 2006,2007,2008,2009,2010, 2011, 2102, 2013, 2014, 2015, 2016 which is the SHOT Show. The SHOT show is a venue for firearms and ammunition manufacturers to display their product lines. I have also attended the IWA in Germany in 2005 which is the largest firearms trade show in Europe.

## Expert Testimony

I have testified as an expert as to the interstate nexus of firearms/ammunition and the identification of firearms/ammunition well over 100 times in U.S. District Court in the Southern District of Florida and State of Florida Courts.

I have testified as an expert in muzzle brakes.

I have testified as an expert on the markings on Glock pistols.

I have testified as an expert in the area of Gun Shows.

I have testified as an expert in the area of firearms tracing.

I have testified as an expert in reference the records required to be kept by Federal Firearms Dealers in relation to the acquisition and disposition of firearms.

I have testified as an expert in Firearms Trafficking in the District of Arizona and the Southern District of Florida.

I have testified as an expert in the identification, operation, function and parts of AK-47 type firearms (2013) US District Court , Ft. Lauderdale, Florida

# EXHIBIT B

**White, Anita (USAFLS)**

| | |
|---|---|
| **From:** | Barborini, Stephen J |
| **Sent:** | Thursday, April 06, 2017 10:02 AM |
| **To:** | Richards, Elizabeth R. |
| **Subject:** | RE: Video and picture |

Beth,

Based on the video and the still shots fomr the video there is

The Glock depicted has all the correct features of a genuine Glock pistol to include but not limited to: the same, color, shape of grip, frame, slide, serial number plate location, trigger guard and sights. Although there are Glock replica airsoft and BB and gas gun replicas available they will have a red tip at the barrel end if it is  an airsoft and no red tip if it is a gas gun or bb gun. But  these replicas will have an inner barrel which shoots a sub caliber BB. I watched the video repeatedly and there is not an inner barrel visible. Based on my training and experience and the  video there is probable cause to believe that the pistol depicted in the video is a firearm to wit a Glock pistol. (see attached clips)



1

3





**White, Anita (USAFLS)**

| | |
|---|---|
| **From:** | Barborini, Stephen J |
| **Sent:** | Thursday, April 06, 2017 10:02 AM |
| **To:** | Richards, Elizabeth R. |
| **Subject:** | RE: Video and picture |

Beth,

Based on the video and the still shots fomr the video there is

The Glock depicted has all the correct features of a genuine Glock pistol to include but not limited to: the same, color, shape of grip, frame, slide, serial number plate location, trigger guard and sights. Although there are Glock replica airsoft and BB and gas gun replicas available they will have a red tip at the barrel end if it is  an airsoft and no red tip if it is a gas gun or bb gun. But  these replicas will have an inner barrel which shoots a sub caliber BB. I watched the video repeatedly and there is not an inner barrel visible. Based on my training and experience and the  video there is probable cause to believe that the pistol depicted in the video is a firearm to wit a Glock pistol. (see attached clips)



1                                                    3





# EXHIBIT C

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Report of In___estigation**

| Tit___ f Investigation: | | Investigation Number: | Report Number: |
|---|---|---|---|
| | | | |

**SUMMARY OF EVENT:**

On April 5, 2017, SSA E. Richards received information that Christopher BRINSON, a previously convicted felon, was possibly in possession of a firearm in a video posted by Darion MCCLOUD on FB Live on March 20, 2017.

**NARRATIVE:**

1. On April 5, 2017, ATF SSA E. Richards met with Broward County Sheriff's (BSO) Detective C. Morales, Plantation Police Department Detective B. Kendall, and FBI SA A. Thomas. SSA Richards received information that Christopher BRINSON, a previously convicted felon was seen on a Facebook live video in possession of a firearm. The information provided to SSA Richards indicated that on March 20, 2017, Darion MCCLOUD posted the video on his Facebook page, Darion McCLOUD (Darion.mccloud.71). SSA E. Richards observed a still photo also posted by MCCLOUD on FB with BRINSON holding what appeared to be a firearm.

2. On April 6, 2017, SSA E. Richards received information from Firearms Identification Expert S. Barborini. Barborini reviewed the video and still photos of Christopher BRINSON and determined that the firearm being held by BRINSON in still shots reviewed from the video that the firearm being held by BRINSON to be a Glock. Barborini went further to indicate that the Glock depicted has all the correct features of a genuine Glock pistol to include but not limited to: the same, color, shape of grip, frame, slide, serial number plate location, trigger guard, and sights. Barborini additionally determined that although there are Glock replica airsoft and BB and gas gun replicas available they will have a red tip at the barrel end if it is an airsoft and no red tip if it is a gas gun or BB gun. Barborini indicated that these replicas will have an inner barrel which shoots a sub caliber BB. Barborini determined that he watched the video repeatedly and there is not an inner barrel visible. Barborini indicated that based on his training and experience he determined there is probable cause to determine that the pistol depicted in the video is a genuine Glock firearm.

3. BSO Det. C. Morales indicated that he is familiar with Christopher BRINSON and positively identified the person in the video holding the firearm to be Christopher BRINSON. BRINSON can be further identified as a B/M, DOB: 11/02/1985, SSN# 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, FBI# 749150DB3, FL04400531. According to NCIC BRINSON has the following felony convictions in Broward County:

| Prepared by: Elizabeth A. Richards | Title: Special Agent, Fort Lauderdale Field Office | Signature: | Date: 4/7/1 |
|---|---|---|---|
| Authorized by: Kent M. Finch | Title: Group Supervisor, Fort Lauderdale Field Office | Signature: | Date: 4/13/1 |
| __nd level reviewer (optional): Peter Forcelli | Title: Special Agent in Charge, Miami Field Division | Signature: | Date: |

tle of Investigation

2000 Poss of Meth w/ Int to Sell,
2002 Grand Theft Vehicle
2004 Cocaine Poss/Sale/Deliver
2005 Cocaine possession w/ Int
2008 Unlawful delivery of Schedule 1 or 2 drug
2011 Grand Theft of a vehicle
2013 Battery on an LEO and obstruction of Police
Certified records of convictions will be obtained to confirm conviction and determine if charged as an adult
after 2004.

4.  On April 5, 2017, BSO Det. D. Polo made a copy of the Facebook live video posted by Darion MCCLOUD on
    03/20/2017 and preserved the copy of the video for evidence.

5.  On April 6, 2017, BSO District 5 CST Det. E. Girardo review the video posted by Darion MCCLOUD of
    BRINSON holding the firearm.  Det. Girardo indicated he believed the location to be located within his normal
    area of responsibility and described it as Broomfield Grocery located at 751 NW 22nd Road, Fort Lauderdale,
    FL.  Det C. Morales on April 6, 2017 went to the Broomfield Grocery located at 751 NW 22nd Road, Fort
    Lauderdale, FL and determined that the location the video was taken by Darion MCCLOUD with BRINSON
    holding the firearm was the Broomfield Grocery.

6.  SSA E. Richards on April 6, 2107 placed preservation request with FB for the account of Darion MCCLOUD.


    ATTACHEMENTS: NCIC Report of Christopher BRINSON
                  DAVID of C. BRINSON

ATF EF 3120.2 (10-2004)
For Official Use Only

# EXHIBIT D



**Re: US v Brinson, 17-60112-Cr-Marra**
**White, Anita (USAFLS)   to: Neison Marks**                01/02/2018 05:21 PM
Cc: "Anton, Jodi (USAFLS)"

2 attachments



20780123.gif20577998.gif

Okay. Thanks. Please let him know that this is the one and only offer. If he
chooses to go to trial on either case no other offers will be extended to him.
If you would like to discuss or have me clarify any of the evidence against
him in the robbery case, I am available all week. We need to know his decision
by first thing Monday morning (January 8.)

Sent from my iPhone

On Jan 2, 2018, at 4:59 PM, Neison Marks <Neison_Marks@fd.org<
mailto:Neison_Marks@fd.org>> wrote:

Anita & Jodi,
    I will meet with Brinson again to make sure he understands the 22 yr and
20 yr offers, and to see if he'll take one or the other.  I'll let you know as
quickly as I can.  In the meantime, if our felon-in-possession trial goes
forward, I have retained a firearms expert who is likely to be a defense
witness.  His name is Leslie Brad Axsom, and his CV is attached.
(See attached file: Gun Expert CV - Leslie Brad Axsom.docx)

    Summary of Testimony:
    Mr. Axsom has extensive experience with firearms, and with plastic replicas
and airsoft bb gun replicas, which he uses while providing instruction in the
use of firearms.  Mr. Axsom's attatched CV provides a detailed description of
his experience and qualifications as a firearms expert.
    Mr. Axsom's testimony will offer his opinion that the gun depicted in the
facebook live video and in the still photos taken from the video, do not
provide an adequate basis to conclude that the object is a firearm.  If the
Court allows the 404(b) photographs over defendant's objection, Mr. Axom will
offer the same opinion regarding the guns in those photographs - - that the
photos provide an inadquate basis to conclude that the items in the photos are
firearms.
Mr. Axsom's opinion will be based on the following:
- There is a lack of detail on the front of the gun, and the metal
surrounding the hole of the barrel appears too thin to be an actual barrel;
- The line surrounding the barrel where it would allow the slide to move back
and forth, is not distinct;
- The line where the slide and frame meet are indistinct;
- The dimple at the bottom front of the gun, where the recoil spring would
be, appears too small or smooth, indicating that there may not be an actual
recoil spring in the object, and may be a plastic replica;
- Airsoft Glock replicas have a serial number plate in the same location as
an actual Glock firearm.
- The part of the gun where the barrel would come out of the slide appears to

be a hole drilled in plastic to make the gun look more real;
-   The side-view of the gun shows an angle at the front of the slide; a real
Glock firearm does not have this angle at the front of the slide.
-   When the gun is pointed into the air while in the individual's left hand,
the left side of the gun is turned toward the camera and a barrel chamber and
extractor are visible, however, the left side of a Glock firearm is solid, and
the chamber and extractor can only be seen from the right side of a firearm.

The following photo is an airsoft gun:
<20780123.gif>


The following photo is a Blackhawk brand plastic training pistol
<20577998.gif>



Neison M. Marks
Assistant Federal Public Defender
561-833-6288


<Gun Expert CV - Leslie Brad Axsom.docx>

# EXHIBIT E

**US v Brinson: Expert's Report**
Neison Marks   to: White, Anita (USAFLS)                              01/12/2018 11:37 PM

Anita,
   Here is the Report I received from Mr. Axsom:



Axsom - Report.docx


Neison M. Marks
Assistant Federal Public Defender
561-833-6288

Final report on the Brinson Video

After careful review of the video and pictures provided it is my opinion that there is no way to reliably determine if the object in question is a real pistol that will actually fire a projectile, an airsoft replica, or a solid plastic nonfunctional replica. I have broken down each occurrence into the video and provided my opinion of that specific occurrence and will tie it all together at the end of this report.

At appx 1:20 into the video the subject takes an object out of the trunk of the white vehicle. At 1.24 that object is pointed directly at the camera giving the first clear view that it resembles a firearm. Initial observation shows a squared off trigger guard which could lead one to believe it is a Glock brand pistol. Glock is in my opinion the most famous brand with that squared off trigger guard however it is not the only polymer framed pistol that has this feature, The Sig Sauer P320, some older Smith and Wessons, a few models of 1911s and the Canix TP9 also has a square front trigger guard.

Another unique observation of the video at the 1:24 mark is the lack of detail on the front of the object. You can clearly see the hole where a barrel would be if this were a firearm however the video shows the metal surrounding the hole is too thin to be an actual barrel. The dimensions are wrong. There is also no distinct line surrounding the barrel where it would allow the slide to move back and forth. There is also a lack of a clear distinct line showing where the slide and frame meets. There is a dimple at the bottom of the front of the object where the recoil spring guide would normally protrude slightly from the slide. The video makes this feature out to be a small protrusion at best to completely smooth indicating there is no actual recoil spring or recoil spring present. This viewpoint immediately made me think the subject took a plastic replica such as the 40 dollar Blackhawk brand training gun available online and drilled a hole where the barrel would be and applied black paint. It in fact looks just like my own Blackhawk training pistol. This would account for the fact the barrel looks too thin around the hole.

At 1:36 the object is pointed straight into the air and for a brief split second the location where the serial number plate on a Glock brand pistol would be located in shown. It would be very easy if someone is looking for a serial number plate to think they see one. It must also be noted that airsoft Glock replicas such as the ones made from the brand WE and Tokya Mauri have a silver plate in the exact same location so it cannot be used to conclusively determine whether or not the item in question is a real pistol or an airsoft. Springfield Armory XD series pistols as well as The H&K VP9 series, pistols from Steyer, FN, and KAHR also has a silver serial number plates in that area so it is impossible to determine the brand of the alleged firearm just from the serial number plate location.

At 1:37 into the video the subject is pointing the object into the air and there is a point where it is turned at a slight angle showing a view of the hole where the barrel would come out of the slide. In this picture there is a clear straight line where the round line of the barrel should be protruding from the slide. This in my opinion indicates a crude attempt made when the hole was drilled into the plastic to make it look more real. Again at this point there is no distinct point indicating a separate recoil spring guide protruding from the front of the slide which again indicates a plastic gun.

At 1:40 the object is again pointed at the camera at a slight angle. It clearly shows the hole in the front being too thin around the edges to be a real barrel. Again, there is no distinct line showing the slide versus the frame nor is there a clear recoil spring guide protruding from the front.

At 1:43 we see a side view of the object.  Notice the angle at the front of the slide.  Glocks do not have this angle at the front of their slides.

At 1:50 the object is moved off camera.  At 2:41 subjects hands can clearly be seen lighting a cigarette/cigar and the object is completely gone with only the cigar and cellular phone in his hand.

At 3:58 the object is again shown into frame pointed into the air being held in the subject's hand. During my initial viewing of the video it looked as if object was a poor replica with the ejection port on the wrong side of the slide.  After further review and taking into account the medium the video was taken in, I have decided it was a mirror image of the entire scene being taken with a phone.  There are words present on various signs and clothing that are also reversed so nothing new can be learned from this showing of the object.

At 4:32 both hands can clearly be shown holding the cigar and cellphone with the object no longer in view.

At 4:43 subject removes the object out of his front pocket.  It is waved around quickly however no clear features on the item can be determined.

I was unable to make the object in question out in any of the rest of the video.

Notes on the Stills Provided

The left slide of the slide in photo being held down by the user's legs clearly shows diagonal cocking serrations as outlined in red.  One can tell they are the cocking serrations because of the distinct parallel lines pattern.  The Sig Sauer P320 and all of applicable replicas have similar shape, size and locations as this photo as well as the squared off trigger guard shape.  Glock pistols from the factory with lines as cocking serrations are straight up and down using the top of the slide as a reference point.  This is possibly a bad camera still from the video but from this one specific photo there is no way to determine

the brand being displayed and cannot be labeled a Glock from this photo.



*Figure 1 diagonal cocking serrations*

On this photo provided it is very difficult to determine if this is a real gun or not because there should be a clear line differentiating the slide from the frame as well as a clear line around the barrel showing they are two separate pieces. (see photos of the Blackhawk training pistol below for similarities) Also note the space where a recoil spring guide should be displayed is unclear and shows a small nipple sticking out at best (again, identical to the Blackhawk)



On the photo provided showing the subject holding the black object which resembles a rifle. I in no way shape or form can make out exactly what he is holding. Initial observation would make one predisposed to think it could be a folding stock AK variant or a Calico which also has multiple replicas simply because I have experience with these firearms. In reality. He is holding a black object. I cannot make out anything to actually identify this as a firearm. There is no o stock either extended or folded is visible nor

can I make out a magazine.  I would need a much clearer photo to be able to determine anything other than inconclusive.  Even then, replica rifles are even harder to determine than replica pistols.  Note the picture below of personal items.  The two rifles on the left are airsoft replicas while the two rifles on the right are live firing rifles. The second from the right picture is an AK74 style civilian legal firearm.  When compared to the supposed rifle in the photo the barrel length is not similar when compared to the handguard.



Another provided still shows Brinson holding what looks to be a real Glock towards the camera with him grinning at the camera. Look towards the photo I provided of the lineup of real, fake, and airsoft pistols and realize that simply being able to look down the barrel cannot determine a real or fake gun.

For reference as to how difficult it is to determine a replica compared to a real firearm see the below articles

https://www.sandiego.gov/sites/default/files/legacy/police/pdf/firearmsrealorreplica.pdf

https://www.policeone.com/the-tacticalist/articles/222712006-Quiz-Are-these-guns-real-or-fake/

http://www.irol.com/avc/fact_sheet_about_toy_guns.html

https://www.theguardian.com/us-news/2015/dec/29/28-people-killed-bb-pellet-guns-police-tamir-rice

In response to  Mr Barborini's comments in the summary of events paper.

Mr Barborini states that the gun in the video is a Glock because of specific characteristics as listed below.

Color-The gun in the video is black.  Black is the most common color in the firearms industry. Glocks also come in other colors such as brown, gray and green.

Shape of grip.  The grip is covered up in the entire video in the person's hand.  Never once is the entire grip shown.  It must also be noted that replica guns such as airsoft and training plastic guns share the grip shape as the real pistol

Frame: The frame of a Glock and its replicas are a common shape of all polymer frame based pistols. The Canix TP9 frame is so similar to a Glock frame that many form fitted holsters are interchangeable. The CZ P10 could easily be mistaken for a Glock based on frame and trigger guard shape.

Serial number plate location: the brand of the gun cannot be determined due to the serial number plate location.  Glocks the H&K VP9 and the Springfield XD, Steyer, the Kahr CW9 and FN all share a silver serial number plate in the exact same location. Of those brands, there are airsoft replicas of the Springfield XD, the FN, and the Kahr.

Trigger guard:  Many guns share a squared off trigger guard such as the Glock. The VP9, Springfield XD, the Sig p320, some older Smith and Wessons etc.  All of which have an airsoft/plastic replica.



*Figure 2 Airsoft pistol*



*Figure 3 Blackhawk Brand Plastic Training Pistol*

10



*Figure 4 Real vs airsoft vs plastic replica*

According to the 18 USC 921 a firearm means (A) any weapon including a starter pistol which will or is designed to or may readily be converted to expel a projectile by the action of an explosive, the frame or receiver of any such weapon, any firearms muffler or silencer, or any destructive device. Such a term does not include an antique.

Based on the similar features of modern handguns and the similar features between airsoft/plastic replicas there is no way to be certain with any degree of reliability to call this a genuine pistol. I would need the actual firearm, to see the object in the video discharge, or see the internal components to be able to determine with any reliability anything further.